This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Maria Galvan v. Dollar Tree

| | |
|---|---|
| Case Number | 49D02-2103-CT-010868 |
| Court | Marion Superior Court 2 |
| Type | CT - Civil Tort |
| Filed | 03/30/2021 |
| Status | 03/30/2021 , Pending  (active) |

## Parties to the Case

Defendant   Dollar Tree

Address
135 N Pennsylvania St, Suite 1610
Indianapolis, IN 46204

Attorney
Anthony Marino Eleftheri
#1933649, Lead, Retained

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
317-580-4848(W)

Attorney
Melanie Alyse Kalmbach
#3480049, Retained

736 Hanover PL
STE 200
Carmel, IN 46032
317-580-4848(W)

Plaintiff      Galvan, Maria

Address
7284 W 200 N
Greenfield, IN 46140

Attorney
Danitza Valerie Loya
#3410149, Retained

Hensley Legal Group PC
117 E Washington Street
Suite 200
Indianapolis, IN 46204
317-472-3333(W)

## Chronological Case Summary

03/30/2021    **Case Opened as a New Filing**

| 03/30/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Galvan, Maria |
| | File Stamp: | 03/30/2021 |

| 03/30/2021 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint | |
| | Filed By: | Galvan, Maria |
| | File Stamp: | 03/30/2021 |

| 03/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons- Corporate Service | |
| | Filed By: | Galvan, Maria |
| | File Stamp: | 03/30/2021 |

| 03/30/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons- Store | |
| | Filed By: | Galvan, Maria |
| | File Stamp: | 03/30/2021 |

| 03/31/2021 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Certificate of Issuance - Store | |
| | Filed By: | Galvan, Maria |
| | File Stamp: | 03/31/2021 |

| 03/31/2021 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Certificate of Issuance - Corporate | |
| | Filed By: | Galvan, Maria |
| | File Stamp: | 03/31/2021 |

| 04/07/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Anthony M. Eleftheri and Melanie A. Kalmbach | |
| | For Party: | Dollar Tree |
| | File Stamp: | 04/07/2021 |

| 04/07/2021 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Enlargement of Time | |
| | Filed By: | Dollar Tree |
| | File Stamp: | 04/07/2021 |

| 04/08/2021 | **Certified Mail Returned** | |
|---|---|---|
| | GREEN CARD SIGNED. | |
| | Party Served: | Dollar Tree |

| 04/08/2021 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Judicial Officer: | Oakes, Timothy Wayne |
| | Order Signed: | 04/08/2021 |

| 04/09/2021 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 4/8/2021 : Anthony Marino Eleftheri;Melanie Alyse Kalmbach;Danitza Valerie Loya | |

04/14/2021    **Certified Mail Returned**
GREEN CARD SIGNED

Party Served:                      Dollar Tree

# Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance
   due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances
   shown, please contact the Clerk's Office.

### Galvan, Maria

Plaintiff

### Balance Due (as of 04/30/2021)

**0.00**

## Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

## Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 03/30/2021 | Transaction Assessment | 157.00 |
| 03/30/2021 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

STATE OF INDIANA )        IN THE MARION COUNTY SUPERIOR COURT
                 ) SS:
COUNTY OF MARION )        CAUSE NO:
                          )
MARIA GALVAN,             )
                          )
            Plaintiff,    )
                          )
      vs.                 )
                          )
DOLLAR TREE STORES, INC., )
                          )
            Defendant.    )
_____)

# **APPEARANCE**

1.    Maria Galvan
      Name of represented party

2.    Attorney information (as applicable for service of process):

      Name: Valerie Loya              Atty Number: 34101-49
      HENSLEY LEGAL GROUP, PC         Phone:   (317) 472-3333
      Address:117 East Washington Street   FAX:   (317) 472-3340
      Suite 200                       Email: vloya@hensleylegal.com
      Indianapolis, IN  46204

3.    Case Type requested: CT

4.    Will accept FAX service: Yes ___ No  X

                                    _____
                                    Valerie Loya, #34101-49
                                    **Attorney for Plaintiff**

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: |
| | ) | |
| MARIA GALVAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOLLAR TREE STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **COMPLAINT FOR DAMAGES**

COMES now the Plaintiff, Maria Galvan ("Plaintiff"), by counsel, and for her Complaint

for Damages against the Defendant, DOLLAR TREE STORES, INC., alleges and asserts that:

1.      At all times mentioned herein, the Plaintiff, Maria Galvan, was and is a resident

of the City of Indianapolis, County of Marion, State of IN.

2.      At all times mentioned herein, the Defendant, Dollar Tree, ("Defendant") was

doing business in the State of Indiana and was maintaining a premise located at Dollar Tree,

8625 Pendleton Pike, Indianapolis, IN 46226, City of Indianapolis, County of Marion, State of

IN.

3.      At all times mentioned herein, the Defendant, was doing business in the State of

Indiana and was maintaining a premise located at, City of Indianapolis, County of Marion, State

of Indiana.

4.      All of the acts and/or omissions of the Defendant, DOLLAR TREE STORES,

INC., herein alleged, were performed and/or omitted by and through the agents, servants, and/or

employees of the Defendant while they were acting within the scope and course of their employment.

5.      On or about June 7, 2020, the Plaintiff, was a guest and invitee of the Defendant at the above-referenced premises, when she was injured.

6.      The Defendant was required to exercise reasonable and ordinary care under all circumstances and operation of its premises, including the above- referenced premises at which the Plaintiff was injured.

7.      The above-mentioned incident was directly and proximately caused by the carelessness and negligence of the Defendant, including, but not limited to, one or more of the following acts and/or omissions:

     a.      The Defendant carelessly and negligently failed to inspect and discover the dangerous condition existing at said location;

     b.      The Defendant carelessly and negligently failed to warn the Plaintiff of the dangerous condition existing at said location when the Defendant knew or should have known of the same;

     c.      The Defendant carelessly and negligently failed to provide premises reasonably safe under the existing conditions; and

     d.      The Defendant carelessly and negligently failed to correct the dangerous condition at said location when the Defendant knew or should have known of the existence of the same.

8.      As a direct and proximate result of the Defendant's carelessness and negligence, the Plaintiff sustained personal injuries, resulting in pain and suffering.

9.      As a result of her injuries and their effects, the Plaintiff, has been required to engage the services of hospitals, physicians, and medical technicians for medical treatment, medication and x-rays, and has incurred, and may incur in the future, medical expenses for such treatment.

10. As a result of her injuries, the Plaintiff has incurred reasonable medical expenses for medical care and treatment and may incur additional medical expenses in the future.

11. As a result of her injuries and the treatment of said injuries, the Plaintiff, Maria Galvan, has lost income, and may continue to lose income in the future, all caused by the negligence of the Defendant.

WHEREFORE, the Plaintiff, Maria Galvan, prays for judgment against the Defendant, DOLLAR TREE STORES, INC., in an amount commensurate with her injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully Submitted,

Valerie Loya, #34101-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
vloya@hensleylegal.com

## <u>REQUEST FOR TRIAL BY JURY</u>

Comes now the Plaintiff, Maria Galvan by counsel, and file herein her request for trial by jury for the above action.

Respectfully submitted,

Valerie Loya, #34101-49
Attorney for Plaintiff


**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
vloya@hensleylegal.com

Case 1:21-cv-01085-TWP-DLP   Document 1-1   Filed 04/30/21   Page 9 of 25 PageID #: 13

Filed: 3/30/2021 2:10 PM
Clerk
Marion County, Indiana

49D02-2103-CT-010868
Marion Superior Court 2

STATE OF INDIANA )        IN THE MARION COUNTY SUPERIOR COURT
                   ) SS:
COUNTY OF MARION )

MARIA GALVAN,           )
                    ) CAUSE NO:
       Plaintiff,        )
                    )
       vs.                )
                    )
DOLLAR TREE STORES, INC.,        )
                    )
       Defendant.        )
                    )

**TO DEFENDANT:**     Dollar Tree
                           Corporation Service Company
                           135 N. Pennsylvania Street, Suite 1610
                           Indianapolis, IN 46204

       You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

       The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

       An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

       If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: 3/30/2021     _Myla A. Eldridge_ (Seal)
                     CLERK, MARION COUNTY SUPERIOR Court

**(The following manner of service of summons is hereby designated)**

    X     Registered or certified mail.

_____ Service at place of employment, to wit:

_____ Service on individual - (Personal or copy) at above address.

_____ Service on agent. (Specify)

_____ Other Service. (Specify)

MARION COUNTY COURTS
SEAL
INDIANA

Valerie Loya ,#34101-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

**CERTIFICATE OF MAILING**

I hereby certify that on the _____day of_____, 20___, I mailed a copy of the Complaint to the Defendant, Dollar Tree by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Valerie Loya

Dated:_____          By: Valerie Loya

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20___.

_____
CLERK, MARION COUNTY SUPERIOR Court

By:_____
Deputy

STATE OF INDIANA )              IN THE MARION COUNTY SUPERIOR COURT
) SS:
COUNTY OF MARION )

MARIA GALVAN,                    )
                                 ) CAUSE NO:
            Plaintiff,           )
                                 )
      vs.                        )
                                 )
DOLLAR TREE STORES, INC.,        )
                                 )
            Defendant.           )
                                 )

**TO DEFENDANT:**    Dollar Tree
                     500 Volvo Pkwy
                     Chesapeake, VA 23320

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: 3/30/2021 _____ *Myla A. Eldridge* (Seal)
              CLERK, MARION COUNTY SUPERIOR Court



**(The following manner of service of summons is hereby designated)**

__X__ Registered or certified mail.

_____ Service at place of employment, to wit:

_____ Service on individual - (Personal or copy) at above address.

_____ Service on agent. (Specify)

_____ Other Service. (Specify)

Valerie Loya ,#34101-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

**CERTIFICATE OF MAILING**

I hereby certify that on the _____day of_____, 20___, I mailed a copy of the Complaint to the Defendant, Dollar Tree by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____

Valerie Loya

Dated:_____          By: Valerie Loya

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20___.

_____

CLERK, MARION COUNTY SUPERIOR Court

By:_____
Deputy

Filed: 3/31/2021 10:38 AM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO:  49D02-2103-CT-010868 |

MARIA GALVAN, )
)
         Plaintiff, )
   v. )
)
DOLLAR TREE STORES, INC., )
)
        Defendant. )
)

## <u>CERTIFICATE OF ISSUANCE OF SUMMONS</u>

I certify that on Wednesday, March 30, 2021 I mailed a copy of the summons and a copy of the complaint to the defendant, Dollar Tree, 500 Volvo Pkwy, Chesapeake, VA 23320 by certified mail #7020 0640 0000 2294 4417, requesting a return receipt to the Marion County Clerk's office.

Valerie Loya, Attorney # 34101-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
vloya@hensleylegal.com

Filed: 3/31/2021 10:38 AM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO:  49D02-2103-CT-010868 |

|  |  |
|---|---|
| MARIA GALVAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| DOLLAR TREE STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## <u>CERTIFICATE OF ISSUANCE OF SUMMONS</u>

I certify that on Wednesday, March 30, 2021 I mailed a copy of the summons and a copy of the complaint to the defendant, Dollar Tree, Corporate Service Company, 135 N. Pennsylvania Street, Suite 1610, Indianapolis, IN 46204 by certified mail #7020 0640 0000 2294 4400, requesting a return receipt to the Marion County Clerk's office.

Valerie Loya, Attorney # 34101-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
vloya@hensleylegal.com

Filed: 4/13/2021 3:21 PM
Clerk
Marion County, Indiana

MARION COUNTY SUPERIOR COURT
STATE OF INDIANA

| | | |
|---|---|---|
| MARIA GALVAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 49D02-2103-CT-010868 |
| | ) | |
| DOLLAR TREE STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## **APPEARANCE BY ATTORNEY IN CIVIL CASE**

Party Classification:   Initiating        Responding    **X**        Intervening

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### **DOLLAR TREE STORES, INC.**

2.      Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

|         |                                          |
|---------|------------------------------------------|
| Name:   | Anthony M. Eleftheri (#19336-49)         |
|         | Melanie A. Kalmbach (#34800-49)          |
| Address:| Drewry Simmons Vornehm, LLP              |
|         | 736 Hanover Place, Suite 200             |
|         | Carmel, Indiana 46032                    |
| Phone:  | (317) 580-4848                           |
| Fax:    | (317) 580-4855                           |
| E-Mail: | aeleftheri@DSVlaw.com                    |
|         | mkalmbach@DSVlaw.com                     |

3.      There are other party members:  Yes      No  **X**  (If yes, list on continuation page.)

4.      If first initiating party filing this case, the Clerk is requested to assign this case the following. Case Type under Administrative Rule 8(b)(3): ____

5.      I will accept service by fax at the above noted number:  Yes **X**   No

6.      This case involves support issues.  Yes      No  **X**  (If yes, supple social security numbers for all family members on continuation page.)

7.      There are related cases:  Yes      No **X**  (If yes, list on continuation page.)

1

8.      This form has been served on all other parties; Certificate of Service is attached:
        Yes   **X**   No          Not Applicable

9.      Additional information required by local rule:  **N/A**

                              DREWRY SIMMONS VORNEHM, LLP


                              */s/ Anthony M. Eleftheri*_____
                              ANTHONY M. ELEFTHERI, #19336-49
                              MELANIE A. KALMBACH, #34800-49
                              *Counsel for Defendant Dollar Tree Stores, Inc.*

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, pursuant to Rule 86(G) of the Indiana Rules of Trial Procedure, a copy of the foregoing has been served either via E-Service through the Indiana E-Filing System, or by first class United States mail, postage prepaid, this 7th day of April 2021, to:

Valerie Loya
HENSLEY LEGAL GROUP, PC
117 East Washington Street
Suite 200
Indianapolis, Indiana 46204
*Counsel for Plaintiff*

*/s/ Anthony M. Eleftheri*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH, #34800-49

Filed: 4/7/2021 3:21 PM
Clerk
Marion County, Indiana

MARION COUNTY SUPERIOR COURT
STATE OF INDIANA

| | | |
|---|---|---|
| MARIA GALVAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 49D02-2103-CT-010868 |
| | ) | |
| DOLLAR TREE STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DOLLAR TREE STORES, INC.'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Comes now Defendant Dollar Tree Stores, Inc., by counsel, and respectfully petitions the Court for a 30-day enlargement of time up to and including May 28, 2021 to Answer or otherwise respond to Plaintiff's Complaint and in support states:

1.      Plaintiff Maria Galvan filed her Complaint for Damages on or about March 30, 2021.

2.      Defendant Dollar Tree Stores, Inc. was served on April 5, 2021 via Certified Mail.

3.      An Answer or responsive pleading is due on or before April 28, 2021.

4.      Defendant respectfully petitions the Court for a 30-day enlargement of time, up to and including May 28, 2021 to Answer or otherwise respond to Plaintiff's Complaint. Additional time is necessary to allow the undersigned an opportunity to conduct an investigation, meet with his client and otherwise prepare an appropriate answer or response.

5.      This Motion is not made for purposes for vexation or delay.

WHEREFORE, Defendant Dollar Tree Stores, Inc., by counsel, prays for a 30-day enlargement of time, up to and including May 28, 2021 to Answer or otherwise respond to Plaintiff's Complaint and for all other relief proper in the premises.

DREWRY SIMMONS VORNEHM, LLP


*/s/ Anthony M. Eleftheri*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH (#34800-49)
*Counsel for Defendant Dollar Tree Stores, Inc.*

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, pursuant to Rule 86(G) of the Indiana Rules of Trial Procedure, a copy of the foregoing has been served either via E-Service through the Indiana E-Filing System, or by first class United States mail, postage prepaid, this 7th day of April 2021, to:

Valerie Loya
HENSLEY LEGAL GROUP, PC
117 East Washington Street
Suite 200
Indianapolis, Indiana 46204
*Counsel for Plaintiff*

*/s/ Anthony M. Eleftheri*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH , #34800-49

3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dollar Tree
Corporation Service Company
135 N. Pennsylvania St, Ste 1600
Indpls, IN 46204

9590 9402 3958 8060 6336 61

2. Article Number *(Transfer from service label)*

7020 0640 0000 2294 4400

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

CIRCLE CITY STATION

APR 02

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING#

INDIANAPOLIS IN 460

2 MAR 2021 PM 2 L

9590 9402 3958 8060 6336 61

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Marian County Clerk's Office
200 E Washington St., W122
Indpls, IN 46204

49 D02-2103-CT-0108268

MARION COUNTY SUPERIOR COURT
STATE OF INDIANA

MARIA GALVAN,                          )
                                       )
              Plaintiff                )
                                       )
       v.                              )   CAUSE NO.: 49D02-2103-CT-010868
                                       )
DOLLAR TREE STORES, INC.               )
                                       )
              Defendant.               )

### ORDER GRANTING DOLLAR TREE STORES, INC.'S MOTION FOR ENLARGEMENT OF TIME

Comes now Defendant Dollar Tree Stores, Inc., by counsel, and files its Motion for Enlargement of Time to respond to Plaintiff's Complaint.  And the Court, being duly advised, now GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant be and hereby is granted an enlargement of time, up to and including May 28, 2021 to Answer or otherwise respond to Plaintiff's Complaint.

DATE: _____        _____
                                   JUDGE TIMOTHY W. OAKES

COPIES TO:

Valerie Loya                       Anthony M. Eleftheri
HENSLEY LEGAL GROUP, PC            Melanie A. Kalmbach
117 East Washington Street         Drewry Simmons Vornehm, LLP
Suite 200                          736 Hanover Place, Suite 200
Indianapolis, Indiana 46204        Carmel, IN 46032
*Counsel for Plaintiff*            *Counsel for Defendant Dollar Tree Stores, Inc.*

■ SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dollar Tree
500 Volvo Pkwy
Chesapeake, VA 23320

9590 9402 3958 8060 6336 54

2. Article Number *(Transfer from service label)*

7020 0640 0000 2294 4417

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Crystal Water

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

Crystal U...     APR 0 5 2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811 July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #

9590 9402 3958 8060 6336 54

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Marion County Clerk's Office
200 E Washington St., W122
Indpls, IN 46204

49D02-2103-CT-010868